Supreme Court of Illinois. Appellant was a party in that proceeding. In its November 1971 Term, the Supreme Court filed an opinion in which it awarded the writ, holding that appellant's federal conviction was infamous. (See *People ex rel. Taborski v. Illinois Appellate Court, First District*, 50 Ill.2d 336.) Thus, the only issue appellant presents for our review has been resolved against him. For this reason, appellee has moved for summary affirmance. The motion is sustained. The judgment is affirmed.

This opinion is filed in conformance with Supreme Court Rule 23. Ill. Rev. Stat., ch. 110A, par. 23, adopted, effective January 31, 1972.

Judgment affirmed.

STAMOS, P. J., and SCHWARTZ, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAY RAPHIER, Defendant-Appellant.

(No. 53523; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First District—March 30, 1972.

Richard L. Manning, of Chicago, for appellant.